UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN CAN LINES, LLC,

Plaintiff,

v.

DOUGLAS HEYMAN,

Defendant.
_____________________________/

Case No. 1:26-cv-1990

HON. ROBERT J. JONKER

**NOTICE OF IMPENDING DISMISSAL**

The court records indicate that more than 60 days have passed from the filing of the above complaint and defendant has not been served. This notice serves to inform plaintiff that the action shall be dismissed without prejudice unless plaintiff completes service of process within 90 days after the filing of the complaint, in accordance with F.R.Civ.P. 4(m).

Dated: September 3, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE